**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARK C. JACKSON,

     Plaintiff,

vs.                                         CASE NO. 6:05-CV-1643-ORL-19KRS

JERALD GRIMES, et al.,

     Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 161, filed November 9, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 161) is **ADOPTED and AFFIRMED.** The Motion for Leave to Appeal In Forma Pauperis (Doc. No. 142, filed October 23, 2006) is **DENIED** for the reasons stated in the Report and Recommendation**.** The Court cannot certify that the appeals are taken in good faith. The Clerk shall send a copy of this Order and a copy of the Report and Recommendation at Docket Number 161 to the Clerk of the Eleventh Circuit Court of Appeals.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of December, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record